# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | | |
|---|---|---|
| **LESLIE K. JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No. 3:13-cv-342 |
| | ) | |
| v. | ) | **Judge Collier** |
| | ) | **Magistrate Judge Guyton** |
| **LENOIR CITY, TENNESSEE,** | ) | |
| **TONY R. AIKENS, DON WHITE,** | ) | **Jury Demand** |
| **and W. DALE HURST,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## AGREED ORDER OF DISMISSAL

It appears to the Court, as evidenced by the signatures of counsel below, that all matters in dispute between the parties have been resolved and that Plaintiff's complaint and amended complaint should be dismissed. Accordingly, this case is dismissed with prejudice.

/s/
Honorable Curtis L. Collier
United States District Judge

Approved for Entry:


s/Douglas B. Janney III
Douglas B. Janney III (BPR No. 19112)
2002 Richard Jones Road
Suite B-200
Nashville, Tennessee 37215
(615) 742-5900

Attorney for Plaintiff


s/Benjamin K. Lauderback
Benjamin K. Lauderback (BPR No. 20855)
Watson, Roach, Batson, Rowell
& Lauderback, PLC
P.O. Box 131
Knoxville, Tennessee 37901-0131
(865) 637-1700

Attorney for Defendant Lenoir City